IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

RENAE D. HENGEL,                           )
                                           )
                Plaintiff,                 )    TC-MD 140359C
                                           )
        v.                                 )
                                           )
DEPARTMENT OF REVENUE,                     )
State of Oregon,                           )
                                           )
                Defendant.                 )    **FINAL DECISION**

The court entered its Decision in the above-entitled matter on September 29, 2014. The court did not receive a request for an award of costs and disbursements (TCR-MD 19) within 14 days after its Decision was entered. The court's Final Decision incorporates its Decision without change.

This matter is before the court on Defendant's Answer filed September 26, 2014. Plaintiff filed her Complaint on September 19, 2014, requesting cancellation of the tax, penalties, and interest assessed in Defendant's Notice of Deficiency Assessment dated August 19, 2014. In its Answer, Defendant agreed to "cancel the assessed tax, penalty, and interest as listed in the complaint." Because the parties are in agreement, the case is ready for decision. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is granted. Defendant shall cancel its Notice of Deficiency dated August 19, 2014.

Dated this ____ day of October 2014.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.*

*This document was signed by Magistrate Dan Robinson on October 16, 2014. The Court filed and entered this document on October 16, 2014.*